James W. SCHOTTEL, Jr.,
Plaintiff/Appellant,

v.

Scott B. MEYER,
Defendant/Respondent.

No. ED 81383.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 17, 2002.

James W. Schottel, Jr., Schottel & Associates, P.C., St. Louis, MO, pro se.

Scott B. Meyer, Belleville, IL, pro se.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J. and KATHIANNE KNAUP CRANE, J.

*ORDER*

PER CURIAM.

Plaintiff, James W. Schottel, Jr., appeals from the trial court's judgment dismissing his tortious interference action for lack of personal jurisdiction. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).